EDWARD C. SINGER, JR. (SBN 226406)
THE LEMBI GROUP LEGAL DEPARTMENT
2099 Market Street
San Francisco, CA 94114
Telephone: (415) 252-4241

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA PERLS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITI PROPERTIES I, LLC; TROPHY PROPERTIES VII, LLC; CITI APARTMENTS, INC., CITI FUNDING GROUP, INC.; and THE LEMBI GROUP<br><br>    Defendants. | CASE NO. CV 08-03200<br><br>ANSWER AND AFFIRMATIVE DEFENSES |

    Defendants Citi Properties I, LLC, Trophy Properties VII, LLC; Citi Apartments, Inc., Citi Funding Group, Inc., and THE LEMBI GROUP answer and affirmatively allege as follows:

ANSWER

    1.    Defendants admit paragraphs 1 and 60 of Plaintiff's Complaint.

    2.    Defendants deny paragraphs 3, 4, 5, 6, 8, 9, 11, 12, 15, 16, 17, 18, 19, 20, 22, 23, 24, 26, 27, 28, 30, 31, 33, 34, 35, 37, 38, 39, 41, 42, 43, 45, 46, 47, 48, 49, 52, 53, 55, 56, 57, 59, 61, 62, and 63 of Plaintiff's complaint and each allegation therein.

    3.    Defendants are without knowledge or information sufficient to form a belief as to the truth of paragraphs 10 and 14 of Plaintiff's complaint and, therefore, deny the allegations therein.

4. Regarding paragraph 2 of Plaintiff's complaint, Defendants admit that Trophy Properties VII, LLC and Citi Properties I, LLC were limited liability companies in the state of California. Defendants further admit that Trophy Properties VII, LLC is the owner of 510 26th Avenue, San Francisco, California. Defendants deny the remaining allegations of paragraph 2.

5. Regarding paragraph 7 of Plaintiff's complaint, Defendants admit that Plaintiff entered into possession of the Premises pursuant to a written lease with Defendant Trophy Properties VII, LLC's predecessor in interest. Defendants deny the remaining allegations of paragraph 7.

6. Regarding paragraph 51 of Plaintiff's complaint, Defendants admit that the rental agreement between Plaintiff and Defendant Trophy Properties VII, LLC contains covenants implied at law. Defendants deny the remaining allegations of paragraph 51.

7. Regarding paragraph 55 of Plaintiff's complaint, Defendants admit that Defendant Trophy Properties VII, LLC as owner and manager of the subject property had legal duties at law regarding management of the property. Defendants deny the remaining allegations of paragraph 55.

8. Regarding paragraph 13 of Plaintiff's complaint, Defendant Trophy Properties VII, LLC admits that it refused to enter into a section 8 contract with the San Francisco Housing Authority. Defendants deny the remaining allegations of paragraph 13.

9. Regarding paragraphs 21, 25, 29, 32, 36, 40, 44, 50, 54, and 58 of Plaintiff's complaint, which merely reallege earlier paragraphs, Defendants admit and deny said paragraphs to the extent admitted and denied above.

10. To the extent not admitted or denied above, Defendants deny each and every other allegation of Plaintiff's complaint.

AFFIRMATIVE DEFENSES

11. For a first affirmative defense, Defendants allege that all of Plaintiff's causes of action are preempted by federal law, which makes participation in the section 8 program voluntary for building owners.

12. For a second affirmative defense, Defendants allege that all of Plaintiff's causes of action fail to allege facts sufficient to state a claim.

//

1    13.    For a third affirmative defense, Defendants allege that Plaintiff contributed to her own damages by refusing to secure housing from a willing section 8 provider.

    14.    For a fourth affirmative defense, Defendants allege that Plaintiff failed to mitigate her damage by refusing to secure housing from a willing section 8 provider.

    15.    For a fifth affirmative defense, Defendants allege that agreement between Plaintiff and Defendant Trophy Properties VII, LLC requires that all disputes relating to the agreement shall be settled by arbitration.

    WHEREFORE; Defendants pray for a judgment of and against Plaintiff under which Plaintiff take nothing and Defendant receive an award of costs.

DATED:    July 24, 2008

/s/ Edward C. Singer, Jr
Edward C. Singer, Jr.
Attorney for Defendants