J. SCOTT WEAVER, ESQ., SBN 124297
A Member of WARTELLE, WEAVER & SCHREIBER,
A Professional Corporation d.b.a. WEST BAY LAW
582 Market Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 693-0504
Facsimile: (415) 693-9102
jscottweaver@aol.com

Attorney for Plaintiff MARINA PERLS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA PERLS,<br><br>Plaintiff,<br><br>vs.<br><br>CITI PROPERTIES I, LLC., TROPHY PROPERTIES, VII, LLC., CITI APARTMENTS, INC., CITI FUNDING GROUP, INC., THE LEMBI GROUP, and DOES 1 through X, inclusive,<br><br>Defendants. | CASE NO. 3:08-CV-3200-EMC<br><br>**NOTICE OF MOTION TO REMAND CASE TO STATE COURT AFTER REMOVAL; MEMORANDUM OF POINTS AND AUTHORITIES.**<br><br>Date: September 17, 2008<br>Time: 10:30 a.m.<br><br>Courtroom C – 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA<br>Hon. Edward M. Chen |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 17, 2008 at 10:30 a.m. in Courtroom C – 15th Floor of the United States District Court for the Northern District of California, 450 golden Gate Avenue San Francisco, California, plaintiff MARINA PERLS will move this Court to remand this action back to state court on the grounds that this Court lacks subject matter jurisdiction over the action.

This motion is brought pursuant to 28 U.S.C. § 1447(c) on the grounds that the Court lacks subject matter jurisdiction over the action under 28 U.S.C. § 1331, and is based on this Notice of

1  Motion, the accompanying Memorandum of Points and Authorities, the Complaint filed this action,
2  and any argument or evidence presented at the hearing of this motion.

3  Dated: July 31, 2008            WARTELLE, WEAVER & SCHREIBER
4                                  Attorneys for Plaintiff

                                   By: _____
                                       J. SCOTT WEAVER