J. SCOTT WEAVER, ESQ., SBN 124297
A Member of WARTELLE, WEAVER & SCHREIBER,
A Professional Corporation d.b.a. WEST BAY LAW
582 Market Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 693-0504
Facsimile: (415) 693-9102
jscottweaver@aol.com

Attorney for Plaintiff MARINA PERLS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA PERLS, | CASE NO. 3:08-CV-3200-EMC |
| Plaintiff, | **COURTESY COPY OF COMPLAINT FOR PURPOSES OF MOTION FOR REMAND.** |
| vs. | Date: September 17, 2008 |
| CITI PROPERTIES I, LLC., TROPHY PROPERTIES, VII, LLC., CITI APARTMENTS, INC., CITI FUNDING GROUP, INC., THE LEMBI GROUP, and DOES 1 through X, inclusive, | Time: 10:30 a.m. |
| | Courtroom C – 15th Floor |
| | 450 Golden Gate Avenue |
| | San Francisco, CA |
| Defendants. | Hon. Edward M. Chen |

Attached hereto as Exhibit 1 is a courtesy copy of the Complaint in the underlying action, San Francisco Superior Court Case No. 474762.

Dated: July 31, 2008            WARTELLE, WEAVER & SCHREIBER
                                Attorneys for Plaintiff

                            By: _____
                                J. SCOTT WEAVER

1   J. SCOTT WEAVER, ESQ., SBN 124297
    WARTELLE WEAVER & SCHREIBER
2   A Professional Corporation
    WEST BAY LAW
3   582 Market Street, Suite 1800
    San Francisco, CA 94104
4   Telephone: (415) 693-0504
    Facsimile: (415) 693-9102
5

6   Attorneys for Plaintiff
    MARINA PERLS
7

8            IN THE SUPERIOR COURT UNLIMITED JURISDICTION

9                FOR THE STATE OF CALIFORNIA

10           IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO

11  MARINA PERLS,                      )   Case No.: CGC 08 - 474762
                                       )
12          Plaintiff,                 )   COMPLAINT FOR DAMAGES,
                                       )   AND INJUNCTIVE RELIEF
13      vs.                            )
                                       )        (Landlord-Tenant)
14  CITI PROPERTIES I, LLC., TROPHY    )
    PROPERTIES, VII, LLC., CITI        )
15  APARTMENTS, INC., CITI FUNDING     )
    GROUP, INC., THE LEMBI GROUP, and  )
16  DOES 1 through X, inclusive,       )
                                       )
17          Defendants.                )

18      Plaintiff MARINA PERLS complains as follows:

19      1.    At all times relevant herein, plaintiff MARINA PERLS was a tenant at the

20  premises located at 510 26th Avenue, Apartment 502, San Francisco, California (hereafter the

21  "PREMISES").

22

23

                                  1

1    2.    At all times relevant herein defendants CITI PROPERTIES I, LLC and TROPHY

2  PROPERTIES, VII, LLC., were Liability Companies in the State of California and owners of the

3  property at 510, 26th Avenue, San Francisco, California (hereafter the "PROPERTY").

4    3.    At all times relevant herein, defendants CITI APARTMENTS, INC., CITI

5  FUNDING GROUP, INC., THE LEMBI GROUP performed management functions at the

6  PROPERTY, on behalf of the above-named owners, and the actions hereafter alleged undertaken

7  by defendants were done so within the scope of their authority to manage said property.

8    4.    Plaintiff does not know the true names and capacities of the defendants designated

9  as Does 1-20, inclusive, and therefore sues such defendants by such fictitious names. Plaintiff

10  will amend this complaint when the true names and capacities of said defendants are ascertained.

11    5.    Plaintiff is informed and believe and thereon allege that defendants, and each of

12  them, at all times relevant herein, were acting within the scope of their relationship with each

13  other as the employer, employee, master, servant, and agent of the other, and that all acts alleged

14  herein were done within the scope of said relationship and the acts of one were ratified by and

15  with the express or implied permission of the other.

16    6.    At all times relevant herein, plaintiff MARINA PERLS was disabled within the

17  meaning of Civil Code Section 1761(g).

18    7.    Sometime in or about 2001, plaintiff entered into possession of the PREMISES

19  pursuant to a written agreement with defendants' CITI PROPERTIES I, LLC and TROPHY

20  PROPERTIES, VII, LLCS' predecessor in interest in the property.  Said agreement provided, in

21  part, that if any action be brought to enforce any rights conferred under the agreement, the

22  prevailing party would be entitled to reasonable attomey's fees and costs.

23

2

1    8.    Plaintiff has performed each and every condition and covenant to be performed by

2    her by virtue of said rental agreement.

3    9.    Plaintiff's tenancy at the subject premises was subject to the provisions of Chapter

4    37 of the San Francisco Administrative Code, the San Francisco Rent Stabilization and

5    Arbitration Ordinance (hereafter "the Rent Ordinance"). Under the Rent Ordinance, defendants'

6    ability to increase plaintiff's rent was limited. Defendants' ability to increase rents on vacant units

7    was without limitation. Because plaintiff's rent was substantially below market, defendants had

8    and have a strong financial incentive to evict plaintiff or otherwise have her move from the

9    subject premises. Under the Rent Ordinance, plaintiff had a right to continue in possession of the

10   subject premises at rent controlled rents subject only to the "just causes" for eviction under

11   Chapter 37.9(a) of the San Francisco Administrative Code. Defendants were aware that they

12   would reap a substantial financial reward should plaintiff vacate the premises and defendants

13   committed the acts hereinafter alleged in order to cause plaintiff to vacate the subject premises.

14   10.    After having waited for several years, plaintiff received a Section 8 Voucher from

15   the San Francisco Housing Authority. The purpose of this program is to subsidize plaintiff's rent

16   so that plaintiff would pay no more than 30% of her income in rent to her landlord. The

17   program operates through a housing assistance payments contract entered into between the

18   owner of the apartment and the local housing authority.

19   11.    Said Voucher provided a supplement to plaintiff's rent in the amount of $677 per

20   month. Without the subsidy, plaintiff was left with less than $200 per month to meet the

21   remainder of her financial obligations. Acceptance of the Voucher at the PREMISES was a

22   reasonable accommodation given plaintiff's disability. The program imposes no financial burden

23   on defendants. Participation in the program would have imposed no additional administrative

3

COMPLAINT FOR DAMAGES

1   burden on defendants as other tenants at the PROPERTY were also participants in the Section 8

2   program. In addition, plaintiff's elderly parents, both in their 80s also resided at the PROPERTY.

3       12.    Mr. Gordon, an agent of defendants signed a "Request for Tenancy Approval" and

4   permitted an inspection of the PREMISES by the San Francisco Housing Authority in order to

5   approve the use of the Voucher by plaintiff at the PREMISES. The San Francisco Housing

6   Authority thereafter inspected the PREMISES and found certain defects that defendants were

7   required to correct. Defendants, after having corrected said defects, then refused to execute the

8   further documents that were required to be executed by them in order to permit Ms. PERLS to use

9   the Section 8 Voucher for the PREMISES.

10      13.    Thereafter, on several occasions, defendants rejected plaintiff's request that they

11  accept her Voucher. Defendants suggested that plaintiff vacate and use the Voucher for rent at

12  another building. On February 12, 2008, February 13, 2008, February 15, 2008 and March 5,

13  2008 plaintiff again reiterated hers request for a reasonable accommodation and outlined why

14  acceptance of her Voucher would be a required reasonable accommodation on the basis of her

15  specific disabilities. Defendants explicitly refused plaintiff's requests.

16      14.    The requested accommodation was necessary in order to permit plaintiff to use

17  and enjoy her apartment as a non-disabled tenant would. Due to her disability, plaintiff cannot

18  earn sufficient income to pay her rent and have enough money left over to meet her other living

19  needs. Therefore, she cannot comfortably enjoy her apartment with such a small margin of

20  income separating her from homelessness. Due to her disabilities, she worries about her

21  financial security, and that negatively impacts her enjoyment of the premises.

22      15.    In refusing to accept plaintiff's Section 8 Voucher, defendants did not consider

23  plaintiff's reasonable accommodation request as required by state and federal law. Defendants

4

1 did not consider plaintiff's individual needs to see if her requested accommodation might be

2 necessary to allow her to use and enjoy her apartment as a non-disabled tenant would. Instead,

3 defendants refused to consider plaintiff's request outright based upon a policy of never entering

4 into housing assistance payments contracts for tenants with new Section 8 Vouchers in direct

5 violation of State and Federal Law.

6    16.    Said violation constituted unlawful discrimination as set forth in San Francisco

7 Police Code Chapter 33.

8    17.    Defendants refusal to accommodate plaintiff's request was part of a business

9 practice to deny acceptance of Section 8 Vouchers of existing tenants such that the tenants

10 would move out of their rent controlled apartments thus permitting defendants to collect rent

11 for their units without limit.   Defendants refused to accommodate plaintiff's request with the

12 hope and anticipation that, in so doing, plaintiff would vacate the premises in order to use the

13 Voucher at another building where the owner would not discriminate against disabled Section 8

14 Voucher tenants, rather than lose the opportunity to receive the valuable rent subsidy under the

15 Section 8 program. In rejecting plaintiffs' request for reasonable accommodation, defendants

16 did so with the intention of causing her to vacate her home.

17    18.    As a direct and proximate result of the above mentioned conduct, plaintiff has

18 suffered, and continues to suffer, damages in that she lost the value of her Section 8 Voucher in

19 the amount to be proven.

20    19.    As a direct and proximate result of the conduct described above, plaintiff has

21 suffered, and continues to suffer, severe physical, mental, and emotional pain, injury and distress,

22 including, but not limited to aggravation of pre-existing medical conditions, shock, headaches,

23 insomnia, nervousness, loss of self-esteem, digestive problems, depression, fatigue,

COMPLAINT FOR DAMAGES

1   embarrassment, humiliation, discomfort, and annoyance all to her general damage in an amount to

2   be proven.

3       20.    Defendants' conduct was without right or justification and done for the purpose of

4   discriminating against plaintiff and depriving plaintiff of her right to possession of her unit.

5   Defendants engaged in the above-described conduct with the knowledge that plaintiff was

6   disabled; their conduct was without right or justification and without regard for the fact that it

7   would cause injury to plaintiff notwithstanding their obligation to comply with applicable

8   ordinances providing for quiet possession and enjoyment of the PREMISES. Plaintiff is therefore

9   entitled to punitive damages.

10                          **FIRST CAUSE OF ACTION**

11      (Violation of California Govt. Code § 12900, et seq., Fair Employment and Housing Act)
                (Intentional Discrimination on the Basis of Disability)

12      21.    Plaintiff realleges and incorporates against all defendants the allegations

13  contained in paragraphs 1 through 20 as though fully set forth herein

14      22.    Defendants refused to reasonably accommodate plaintiff in violation of Cal.

15  Govt. Code sec. 12927(c), and therefore discriminated against plaintiff on the basis of her

16  disability. Defendants discriminated against plaintiff by refusing to make reasonable

17  accommodations in their rules, policies, practices, or services, in order to afford plaintiff and

18  other similarly situated tenants and prospective tenants the equal opportunity to use and enjoy

19  their dwelling. Specifically, defendants refused, when specifically asked as a reasonable

20  accommodation, to modify their "No Section 8" policy to permit a disabled tenant to utilize the

21  Section 8 subsidy program at the subject premises.

22      23.    As a direct and proximate result of defendants' conduct and action, plaintiff has

23  been damaged in an amount to be proven at trial.

                                    6

24.     The conduct of defendants alleged above was done in conscious disregard of plaintiff's rights.  Plaintiff is therefore entitled to punitive damages in amounts to be determined at trial.

## SECOND CAUSE OF ACTION

(Violation of Fair Housing and Employment Act, Govt. Code Section 12900 *et seq.*)
(Discriminatory Effect Against the Disabled)

25.     Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 20 as though fully set forth herein.

26.     Defendants' policy of refusing to accept Section 8 Vouchers for any new or existing tenant at its premises has a discriminatory effect against current and prospective disabled tenants. This policy has a discriminatory effect against the disabled because disabled tenants are more likely to need and receive Section 8 Vouchers than non-disabled tenants. Therefore, defendants violated Government Code Section 12955.8.

27.     As a direct and proximate result of defendants' violation of Government Code Section 12955.8, plaintiff was specially injured and suffered discomfort, annoyance, emotional distress, inconvenience, anxiety, economic loss, loss of use, and mental anguish, all to her detriment in amounts to be determined at trial.

28.     The conduct of defendants alleged above was done in conscious disregard of plaintiff's rights.  Plaintiff is therefore entitled to punitive damages in amounts to be determined at trial.

///

///

///

7

## THIRD CAUSE OF ACTION

(Violation of California Civil Code § 51)

29.     Plaintiff realleges and incorporates against all defendants the allegations contained in paragraphs 1 through 20 as though fully set forth herein.

30.     Defendants, in violation of California Civil Code § 51, have discriminated against plaintiff on the basis of her disability.

31.     The conduct of defendants alleged above was done in conscious disregard of plaintiff's rights. Plaintiff is therefore entitled to actual, statutory and punitive damages in amounts to be determined at trial.

## FOURTH CAUSE OF ACTION

(Violation of Civil Code Section 54.1(b))

32.     Plaintiff realleges and incorporates by reference paragraphs 1 through 20 as though fully set forth herein.

33.     Plaintiff is, and at all times relevant herein has been, disabled within the meaning of Civil Code Section 54(b) and Government Code §12926.

34.     As a direct and proximate result of defendants' violation of section 54.1, plaintiff was specially injured and suffered discomfort, annoyance, inconvenience, anxiety, economic loss, loss of use, and mental anguish, humiliation, all to her detriment in amounts to be determined at trial.

35.     The conduct of defendants alleged above was done in conscious disregard of plaintiff's rights. Plaintiff is therefore entitled to punitive damages in amounts to be determined at trial.

///

8

## FIFTH CAUSE OF ACTION

(Intentional Infliction of Emotional Distress)

36.    Plaintiff realleges and incorporates by reference paragraphs 1 through 20 as though fully set forth herein.

37.    In engaging in the conduct alleged herein, defendants acted with full knowledge or substantial certainty of the extreme mental suffering their acts would cause plaintiff.

38.    As a direct and proximate result of defendants' conduct, plaintiff was specially injured and suffered pain, discomfort, annoyance, inconvenience, anxiety, economic loss, loss of use, and mental anguish, all to her detriment in amounts to be determined at trial.

39.    The conduct of defendants alleged above was deliberate, willful and malicious. Plaintiff is therefore entitled to punitive damages in amounts to be determined at trial.

## SIXTH CAUSE OF ACTION

(Breach of the Covenant of Good Faith and Fair Dealing)

40.    Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 20 of this Complaint as though fully set forth herein.

41.    Defendants' actions alleged above unfairly interfered with and frustrated plaintiff's right to receive the benefits of her rental agreement.

42.    As a direct and proximate result of this conduct, plaintiff is in danger of losing the opportunity to use her Section 8 Voucher at the premises.

43.    The conduct of defendants alleged above was deliberate, willful, and malicious. By reason thereof, plaintiff is entitled to exemplary damages in amounts to be determined at trial.

///

COMPLAINT FOR DAMAGES

<u>SEVENTH CAUSE OF ACTION</u>

(Violation of San Francisco Admin. Code §37.9)

44.    Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 20 of this Complaint as though fully set forth herein.

45.    Defendants endeavored to recover possession of plaintiff's apartment in a manner not permitted under the San Francisco Rent Ordinance and with a dominant purpose which is not permitted under the Rent Ordinance. Defendants thereby violated San Francisco Administrative Code Chapter 37, Section 37.9.

46.    Section 37.9(f) of the San Francisco Administrative Code provides for an award of not less than three times the actual damages for violation of Section 37.9, and plaintiff is entitled to not less than three times plaintiff's actual damages.

47.    Defendants acted in reckless disregard for plaintiff's rights under the San Francisco Rent Ordinance, and plaintiff is thereby entitled to three times her damages for emotional distress.

48.    Section 37.9(f) of the San Francisco Administrative Code provides for the award of reasonable attorney's fees to the prevailing party to any action brought under this section. Plaintiff is thereby entitled to a reasonable attorney's fee.

49.    The conduct of defendants alleged above was deliberate, willful, and malicious. By reason thereof, plaintiff is entitled to exemplary damages in amounts to be determined at trial.

///

///

10

## EIGHTH CAUSE OF ACTION

(Breach of Covenant of Quiet Enjoyment)

50.    Plaintiff realleges and reincorporates herein the allegations of paragraphs 1 through 20 above as though fully set forth herein by this reference.

51.    The rental agreement between plaintiff and defendants contained an implied covenant that defendants not commit acts so as to deprive plaintiff of the free and peaceable use and enjoyment of the subject premises.

52.    By committing the acts heretofore alleged, defendants breached said covenant and are liable to plaintiff.

53.    As a direct and proximate result of said acts, plaintiff has been damaged as heretofore set forth above.

## NINTH CAUSE OF ACTION

(Negligence)

54.    Plaintiff realleges and reincorporates herein the allegations of paragraphs 1 through 18 above as though fully set forth.

55.    Defendants, as owners and managers of the subject property had a duty at law to provide Plaintiff with quiet use and enjoyment of the subject property, and to comply with all state and local laws regarding the management of the property.

56.    Defendants, by committing the acts heretofore alleged, breached this duty.

57.    As a direct and proximate result of said breach of duty, plaintiff has suffered damages as is heretofore set forth.

COMPLAINT FOR DAMAGES

## TENTH CAUSE OF ACTION

### (Unfair Business Practices)

58.    Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 20 as though fully set forth herein.

59.    Plaintiff brings this cause of action under Bus. & Prof. Code sections 17200 *et seq.* as s private person affected by the acts described in this Complaint. Plaintiff has suffered injury in fact and lost money or property as a result of defendants' unlawful business practices.

60.    At all times relevant herein, defendants were conducting business under the laws of the State of California and of the City and County of San Francisco. In conducting said business, defendants were obligated to comply with the laws of the State of California and the City and County of San Francisco.

61.    By the conduct alleged above, defendants have engaged in unlawful, unfair and deceptive business practices.

62.    As a direct and proximate result of said practices, plaintiff has been and will be damaged in an amount to be proven.

63.    Pursuant to Bus. & Prof. Code § 17203, plaintiff seeks restitution of excess rents paid, as well as money and property lost. Plaintiff also seeks injunctive relief prohibiting defendants from engaging in unfair business practices in the future, and requiring defendants to reasonably accommodate disabled tenants in the future.

WHEREFORE, PLAINTIFF PRAYS FOR RELIEF AS FOLLOWS:

### Under the First and Second Causes of Action

1.    General and special damages in amounts to be determined at trial.

2.    Punitive damages in amounts to be determined at trial.

12

3.    Injunctive relief requiring defendants to accept plaintiff's Section 8 Voucher.

4.    Reasonable attorneys fees.

### Under the Third Cause of Action:

1.    Three times actual damages, and in no case less than four thousand dollars, pursuant to Civil Code §52(a).

2.    Reasonable attorneys fees pursuant to Civil Code §52(a)

### Under the Fourth Cause of Action

1.    Injunctive relief requiring defendants to accept plaintiff's Section 8 Voucher.

### Under the Fifth and Sixth Causes of Action

1.    General and special damages in amounts to be determined at trial.

2.    Punitive damages in amounts to be determined at trial.

### Under the Seventh Cause of Action

1.    Not less than three times actual damages.

2.    Reasonable attorneys fees.

3.    An injunction prohibiting defendants from endeavoring to recover possession of plaintiff's apartment by refusing to accept her Section 8 Voucher.

### Under the Eighth and Ninth Causes of Action

1.    General and special damages in amounts to be determined at trial.

### Under the Tenth Cause of Action:

1.    For an injunction prohibiting defendants from engaging in the unlawful business practices alleged and requiring defendants to reasonably accommodate disabled tenants in the future.

2.    Restitution of all money or property acquired from plaintiff by defendants as a result of the unlawful business practices.

///

13

1

<u>Under All Causes of Action</u>

2    1.    For Costs of Suit

3    2.    For such other and further relief as the court deems just and proper.

4    Dated: April 28, 2008              WARTELLE, WEAVER & SCHREIBER
                                        Attorneys for Plaintiff
5

6

7              By: _____
                        J. SCOTT WEAVER
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

14

COMPLAINT FOR DAMAGES

# EXHIBIT B

SUM-100

SUMMONS
*(CITACION JUDICIAL)*

| | FOR COURT USE ONLY |
|---|---|
| | *(SOLO PARA USO DE LA CORTE)* |

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO)* :
Citi Properties I, LLC., Trophy Properties VII. LLC., Citi Apartments, Inc. Citi Funding Group Inc.,
The Lembi Group, and DOES I through X, inclusive

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTA DEMANDANDO EL DEMANDANTE)* :
MARINA PERLS

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: | CASE NUMBER: |
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* CGC 08  474762 |
| San Francisco Superior Court | |
| Unlimited Jurisdiction | |
| 400 McAllister Street | San Francisco, Ca. 94102 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
J. Scott Weaver                                    San Francisco, Ca. 94104
WARTELLE, WEAVER & SCHREIBER
582 Market Street, Suite 1800
DATE: April 28, 2008                 Clerk, by                    CRISTINA E. BAUTISTA , Deputy
*(Fecha)* APR 3 0 2008                 *(Secretario)*                                    *(Adjunto)*

GORDON PARK-LI

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)* :

3. ☒ on behalf of *(specify)*: Citi Funding Group Inc

under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
      ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
      ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
      ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use | SUMMONS | Code of Civil Procedure §§ 412.20, 465 |
| Judicial Council of California | | |
| SUM-100 [Rev. January 1, 2004] | | |
| Martin Dean's Essential Forms ™ | | PERLS |

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO)* :<br>Citi Properties I, LLC., Trophy Properties, VII. LLC., Citi Apartments, Inc. Citi Funding Group Inc.,<br>The Lembi Group, and DOES I through X, inclusive<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTA DEMANDANDO EL DEMANDANTE)* :<br>MARINA PERLS | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>San Francisco Superior Court<br>Unlimited Jurisdiction<br>400 McAllister Street<br>San Francisco, Ca. 94102 | CASE NUMBER<br>*(Número del Caso):*<br>CGC-08 474762 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
J. Scott Weaver    San Francisco, Ca. 94104
WARTELLE, WEAVER & SCHREIBER    415/693-9504
582 Market Street, Suite 1800
DATE: April 28, 2008    APR 3 0 2008    Clerk, by    CRISTINA E. BAUTISTA    , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*    GORDON PARK-LI

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)* :

3. ☒ on behalf of *(specify)* : Citi Properties I, LLC
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☒ other *(specify)* : LLC
4. ☐ by personal delivery on *(date)* :

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004]<br>Martin Dean's Essential Forms ™

SUMMONS

Code of Civil Procedure §§ 412.20, 465

PERLS

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO)* :
Citi Properties I, LLC., Trophy Properties, VII. LLC., Citi Apartments, Inc. Citi Funding Group Inc.,
The Lembi Group, and DOES I through X, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE)* :
MARINA PERLS

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>San Francisco Superior Court<br>Unlimited Jurisdiction<br>400 McAllister Street                San Francisco, Ca. 94102 | CASE NUMBER:<br>*(Número del Caso):*  CGC 08  474762 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
J. Scott Weaver                     San Francisco, Ca. 94104
WARTELLE, WEAVER & SCHREIBER
582 Market Street, Suite 1800

DATE: APR 3 0 2008          GORDON PARK-LI          CRISTINA E. BAUTISTA , Deputy
*(Fecha)*                   Clerk, by                                        *(Adjunto)*
                            *(Secretario)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)* :

3. ☒ on behalf of *(specify)* : Trophy Properties VII LLC
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☒ other *(specify)* :
4. ☐ by personal delivery on *(date)* :

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
*Martin Dean's Essential Forms* ™

SUMMONS

Code of Civil Procedure §§ 412.20, 465

PERLS

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO)* :
Citi Properties I, LLC., Trophy Properties, VII. LLC., Citi Apartments, Inc. Citi Funding Group Inc.,
The Lembi Group, and DOES I through X, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE)* :
MARINA PERLS

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>San Francisco Superior Court<br>Unlimited Jurisdiction<br>400 McAllister Street          San Francisco, Ca. 94102 | CASE NUMBER:<br>*(Número del Caso):*   CGC.08    474762 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
J. Scott Weaver                                  San Francisco, Ca. 94104
WARTELLE, WEAVER & SCHREIBER
582 Market Street, Suite 1800
DATE: April 28, 2008         **GORDON PARK-LI**         Clerk, by        **CRISTINA E. BAUTISTA**           , Deputy
*(Fecha)*  APR 3 0 2008                                     *(Secretario)*                                                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)* :
3. ☒ on behalf of *(specify)* : Citi Apartments, Inc.
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
              ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
              ☐ other *(specify)* :
4. ☐ by personal delivery on *(date)* :

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms ™

SUMMONS

Code of Civil Procedure §§ 412.20, 465

PERLS

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO) :*
Citi Properties I, LLC., Trophy Properties, VII. LLC., Citi Apartments, Inc. Citi Funding Group Inc.,
The Lembi Group, and DOES I through X, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE) :*
MARINA PERLS

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>San Francisco Superior Court<br>Unlimited Jurisdiction<br>400 McAllister Street                San Francisco, Ca. 94102 | CASE NUMBER:<br>*(Número del Caso):*  CGC 08   474762 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
J. Scott Weaver                         San Francisco, Ca. 94104
WARTELLE, WEAVER & SCHREIBER
582 Market Street, Suite 1800

DATE: April 28, 2008                  Clerk, by                    CRISTINA E. BAUTISTA          , Deputy
*(Fecha)* APR 3 0 2008               *(Secretario)*                                                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)* : The Lembi Group
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
         ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
         ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
         ☒ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms ™

SUMMONS

Code of Civil Procedure §§ 412.20, 465

PERLS

DECLARATION OF MAILING

    The undersigned, at San Francisco, California, declares to be true, under penalty of perjury, that the undersigned is a citizen of the United States, over the age of eighteen, not a party to the within action; business address and place of employment are 2099 Market Street, San Francisco, California; the undersigned executed this declaration and served a true copy of the foregoing documents* by mail by placing the same in an envelope, sealing fully, prepaying first class postage thereon, and depositing said envelope in the United States mail at San Francisco, California, addressed as follows:

J. Scott Weaver
582 Market Street, Suite 1800
San Francisco, CA 94104

On July 2, 2008

                     Edward C. Singer, Jr.

* Document Notice of Removal