1  J. SCOTT WEAVER, ESQ., SBN 124297
   A Member of WARTELLE, WEAVER & SCHREIBER,
2  A Professional Corporation d.b.a. WEST BAY LAW
3  582 Market Street, Suite 1800
   San Francisco, CA 94104
4  Telephone: (415) 693-0504
   Facsimile: (415) 693-9102
5  jscottweaver@aol.com

6  Attorney for Plaintiff MARINA PERLS

7

8

9                IN THE UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13  MARINA PERLS,                          )   CASE NO. 3:08-CV-3200-EMC
                                           )
14          Plaintiff,                     )   **PROOF OF SERVICE**
                                           )
15      vs.                                )
                                           )
16  CITI PROPERTIES I, LLC., TROPHY        )
    PROPERTIES, VII, LLC., CITI APARTMENTS,)
17  INC., CITI FUNDING GROUP, INC., THE    )
    LEMBI GROUP, and DOES 1 through X,     )
18  inclusive,                             )
                                           )
19          Defendants.                    )
                                           )
20                                         )

21  _____

22

23

24

25

26

27

28

---

Courtesy Copy of Complaint                    U.S. District Court N.D. Cal Case No. 3:08-cv-3200

- 1 -

**PERLS VS. CITI PROPERTIES**
U.S. District Court, Case No. 3:08-CV-3200-EMC

**PROOF OF SERVICE BY U.S. MAIL**

The undersigned declares:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. My business address is 582 Market Street, Suite 1800, San Francisco, California.

On August 1, 2008, I served the within:

**NOTICE OF REMOVAL**

**NOTICE OF MOTION TO REMAND CASE TO STATE COURT AFTER REMOVAL**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND CASE TO STATE COURT AFTER REMOVAL.**

**COURTESY COPY OF COMPLAINT FOR PURPOSES OF MOTION FOR REMAND**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid, in a United States Postal Service mail depository at San Francisco, California, addressed as follows:

Edward C. Singer, Jr. (SBN 226406)
THE LEMBI GROUP LEGAL DEPARTMENT
2099 Market St.
San Francisco, CA. 94114
Telephone: (415) 252-4241

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 1, 2008, at San Francisco, California.

_____
DIANE LIZARRAGA

PROOF OF SERVICE BY U.S. MAIL

-1-