UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Marina Perls,

Plaintiff,

v.

Citi Properties J, LLC; Trophy Properties VII, LLC; Citi Funding Group, Inc.; The Lembi Group

Defendant.

Case No. CV 08 3200

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/13/2008

Signature

Counsel for Defendants
(Name of party or indicate "pro se")