**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARINA PERLS,                                      Case  No. C08-3200 MC

            Plaintiff,

      v.

CITI PROPERTIES I, LLC, et al.,

            Defendants.

_____/

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

( x )    One or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(  )    One or more of the parties has sought a type of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

**United States District Court**
For the Northern District of California

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

3  date.

4  Dated:  August 15, 2008                          Richard W. Wieking, Clerk
                                                     United States District Court
5

6

7

8  _____

9  By: Betty Fong, Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28