J. SCOTT WEAVER, ESQ., SBN 124297
CHRISTINA SCHREIBER, ESQ., SBN 182811
A Member of WARTELLE, WEAVER & SCHREIBER,
A Professional Corporation d.b.a. WEST BAY LAW
582 Market Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 693-0504
Facsimile: (415) 693-9102

Attorney for Plaintiff MARINA PERLS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA PERLS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITI PROPERTIES I, LLC., TROPHY PROPERTIES, VII, LLC., CITI APARTMENTS, INC., CITI FUNDING GROUP, INC., THE LEMBI GROUP, and DOES 1 through X, inclusive,<br><br>        Defendants. | CASE NO. 3:08-CV-3200-EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED SATES DISTRICT JUDGE**<br><br>Hon. Edward M. Chen |

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED SATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

| | | |
|---|---|---|
| 1 | Dated: August 18, 2008 | WARTELLE, WEAVER & SCHREIBER<br>Attorneys for Plaintiff |
| 2 | | |
| 3 | | By: _____ |
| 4 | | CHRISTINA A. SCHREIBER for<br>J. SCOTT WEAVER |

1  **PERLS VS. CITI PROPERTIES I, LLC, et al.**
   **U.S. District Court, Case No. 3:08-CV-3200-EMC**
2

3                    **PROOF OF SERVICE BY U.S. MAIL**

4     The undersigned declares:

5     I am a citizen of the United States, over the age of eighteen years and not a party to the within

6  action. My business address is 582 Market Street, Suite 1800, San Francisco, California 94104.

7     On August 18, 2008, I served the within:

8  **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED SATES DISTRICT JUDGE**
9

10 on the parties in this action by placing a true copy thereof enclosed in a sealed envelope with first class

11 postage thereon fully prepaid, in a United States Postal Service mail depository at San Francisco,

12 California, addressed as follows:

13 Edward C. Singer, Jr. (SBN 226406)
   THE LEMBI GROUP LEGAL DEPARTMENT
14 2099 Market St.
   San Francisco, CA. 94114
15 Telephone: (415) 252-4241

16

17    I declare under penalty of perjury under the laws of the State of California that the foregoing is

18 true and correct and that this declaration was executed on August 18, 2008, at San Francisco, California.

19

20

21                            _____
                                    KIM R. GLENISTER
22

PROOF OF SERVICE BY U.S. MAIL
                            -1-