J. SCOTT WEAVER, ESQ., SBN 124297
CHRISTINA SCHREIBER, ESQ., SBN 182811
A Member of WARTELLE, WEAVER & SCHREIBER,
A Professional Corporation d.b.a. WEST BAY LAW
582 Market Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 693-0504
Facsimile: (415) 693-9102

Attorney for Plaintiff MARINA PERLS

ORIGINAL FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA PERLS,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITI PROPERTIES I, LLC., TROPHY PROPERTIES, VII, LLC., CITI APARTMENTS, INC., CITI FUNDING GROUP, INC., THE LEMBI GROUP, and DOES 1 through X, inclusive,<br><br>　　Defendants. | CASE NO. 3:08-CV-3200-EMC<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hon. Edward M. Chen |

Pursuant to Federal Rules of Civil Procedure 38(b), 81(c)(3), 6(a)(2) and 6(d) and N.D. Cal. Local Rule 3-6, Plaintiff MARINA PERLS hereby demands trial by jury in this action.

Dated: August 6, 2008　　　　WARTELLE, WEAVER & SCHREIBER
　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　CHRISTINA A. SCHREIBER for
　　　　　　　　　　　　　　　J. SCOTT WEAVER

COPY

---

Demand for Jury Trial　　　　　U.S. District Court N.D. Cal Case No. 3:08-cv-3200
- 1 -

**PERLS VS. CITI PROPERTIES**
U.S. District Court, Case No. 3:08-CV-3200-EMC

### PROOF OF SERVICE BY U.S. MAIL

The undersigned declares:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. My business address is 582 Market Street, Suite 1800, San Francisco, California 94104.

On August 7, 2008, I served the within:

### DEMAND FOR JURY TRIAL

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid, in a United States Postal Service mail depository at San Francisco, California, addressed as follows:

Edward C. Singer, Jr. (SBN 226406)
THE LEMBI GROUP LEGAL DEPARTMENT
2099 Market St.
San Francisco, CA. 94114
Telephone: (415) 252-4241

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 7, 2008, at San Francisco, California.

_____
KIM R. GLENISTER

PROOF OF SERVICE BY U.S. MAIL

-1-