IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARINA PERLS,

    Plaintiff,

v.

CITI PROPERTIES I, LLC, et al.,

    Defendants.

No. C 08-03200 JSW

**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO REMAND**

    This matter is set for a hearing on October 31, 2008 on Plaintiffs' motion to remand. The Court HEREBY ORDERS that opposition to the motion shall be filed by no later than September 24, 2008 and a reply brief shall be filed by no later than October 1, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: September 10, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE