IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARINA PERLS,

    Plaintiff,

v.

CITI PROPERTIES I, LLC, et al.,

    Defendants.

No. C 08-03200 JSW

**ORDER TO SHOW CAUSE**

The motion to remand filed by plaintiff Marina Perls ("Plaintiff") is scheduled to be heard on November 7, 2008. On September 10, 2008, this Court issued a briefing schedule on this motion and informed Defendants that their opposition to the motion was due to be filed by no later than September 24, 2008. To date, no opposition has been filed.

Defendants are HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by October 14, 2008, why Plaintiff's pending motion to remand should not be granted in light of their failure to file a timely opposition or statement of non-opposition. If Defendants seek to file a substantive response to Plaintiff's motion, Defendants must demonstrate good cause for failing to file their opposition brief in a timely fashion.

///

///

///

///

If Defendants seek to file a substantive response to Plaintiff's motion and demonstrate good cause for their delay, the Court will provide Plaintiff an opportunity to file a reply brief. The hearing on this motion remains set for November 7, 2008, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: October 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE