IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARINA PERLS,

    Plaintiff,

v.

CITI PROPERTIES I, LLC, et al.,

    Defendants.

No. C 08-03200 JSW

**ORDER VACATING HEARING AND DIRECTING PLAINTIFF TO MAKE FURTHER SHOWING**

    Now before the Court is the motion to remand filed by Marina Perls ("Plaintiff"). The motion is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for November 7, 2008 is VACATED. The Court is inclined to grant Plaintiff's motion to remand and to award fees and costs. However, Plaintiff has not made a showing regarding what fees and costs should be awarded. Therefore, the Court HEREBY DIRECTS Plaintiff to file a supplemental brief and supporting evidence regarding the amount of fees and costs she seeks to have awarded. Plaintiff's supplemental brief and supporting evidence shall be filed by no later than November 19, 2008.

    **IT IS SO ORDERED.**

Dated: November 5, 2008

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE