**United States District Court**
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   MARINA PERLS,

10          Plaintiff,                          No. C 08-03200 JSW

11      v.

12  CITI PROPERTIES I, LLC, et al.,            **AMENDED ORDER GRANTING
                                                MOTION TO REMAND**
13          Defendants.

14  _____/

15

16          Now before the Court is the motion to remand filed by Marina Perls ("Plaintiff").

17  Despite the Court issuing an order to show cause, Defendants failed to file an opposition or

18  statement of non-opposition to Plaintiff's motion to remand.  Having carefully reviewed the

19  Plaintiff's papers and the relevant legal authority, and good cause appearing, the Court

20  GRANTS Plaintiff's motion to remand.  The Court further finds that, pursuant to 28 U.S.C.

21  Section 1447(c), an award of attorney's fees and costs incurred as a result of the removal is

22  warranted.  To determine whether to award costs and fees under Section 1447(c), this Court has

23  a "great deal of discretion." *Morris v. Bridgestone/Firestone, Inc.*, 985 F.2d 238, 240 (9th Cir.

24  1993).  Plaintiff's complaint is entirely grounded on state law.  In light of Defendants' failure to

25  even present an argument in opposition to the motion to remand, the Court finds that

26  ///

27  ///

28  ///

1   Defendants' removal was frivolous.  Therefore, the Court awards Plaintiff attorneys' fees and

2   costs in the amount of $6,746.34 to be paid by Defendants within ten days.

3          **IT IS SO ORDERED.**

4

5   Dated: November 14, 2008

    JEFFREY S. WHITE
6   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California